AMERICAN ROLBAL CORPORATION, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 210, Docket 23398.

United States Court of Appeals, Second Circuit.

Argued March 10, 1955.

Decided March 29, 1955.

Gustave B. Garfield, New York City, for petitioner.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Hilbert P. Zarky and Meyer Rothwacks, Special Assts. to the Atty. Gen., for respondent.

Before MEDINA and HINCKS, Circuit Judges, and BURKE, District Judge.

PER CURIAM.

We affirm on the Findings of Fact and Opinion below entered on October 7, 1954.

Theodore Zachary, Derby, Conn., plaintiff-appellant, pro se.

Ethan B. Stroud, Sp. Asst. to Atty. Gen., Washington, D. C. (H. Brian Holland, Asst. Atty. Gen., and Ellis N. Slack, Sp. Asst. to Atty. Gen., and Simon S. Cohen, U. S. Atty. for Dist. of Conn., Hartford, Conn., on the brief), for defendant-appellee.

Before CLARK, Chief Judge, FRANK, Circuit Judge, and GALSTON, District Judge.

PER CURIAM.

Affirmed on the opinion of District Judge Smith, D.C.Conn., 126 F.Supp. 726.

Theodore ZACHARY, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

No. 221, Docket 23397.

United States Court of Appeals, Second Circuit.

Argued March 15, 1955.

Decided March 30, 1955.

In the Matter of TEMPLE OF MUSIC, Inc., Bankrupt.

Mortimer J. Davis, Trustee-Appellant,

Estate of Herman S. Busloff, Claimant-Appellee.

No. 176, Docket 23375.

United States Court of Appeals, Second Circuit.

Submitted March 7, 1955.

Decided March 29, 1955.